

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EAG/JDG
F.#2010R00054

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 9, 2010

By First Class Mail and ECF

James A. Kilduff, Esq.
Lazzaro Law Firm, P.C.
360 Court Street, Suite 3
Brooklyn, New York 11231

      Re:  United States v. John Geocos
           Criminal Docket No. 09-0396 (S-2) (KAM)

Dear Mr. Kilduff:

    Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the material provided to you by the government by letters dated April 7, 2010 and April 14, 2010.  The government also renews its prior requests for reciprocal discovery from the defendant.

    Please find enclosed the following copies of documents:

| Exhibit | Description |
|---|---|
| 1 | Subscriber records pertaining to telephone number 917-807-7293 (used by Luca Dimatteo) |
| 2 | Subscriber, call detail and direct connect records pertaining to telephone number 917-681-7657 (used by John Geocos) |
| 3 | Subscriber, call detail and direct connect records pertaining to telephone number 347-830-3919 (used by Christopher Labate) |
| 4a and 4b | Subscriber and call detail records pertaining to telephone number 917-807-9314 (used by Luca Dimatteo) |

If you have further questions or requests, please contact us.

                                        Very truly yours,

                                        BENTON J. CAMPBELL  
                                        United States Attorney

                            By:  <u>/s/ Elizabeth A. Geddes</u>  
                                  Elizabeth A. Geddes  
                                  James D. Gatta  
                                  Assistant U.S. Attorneys  
                                  (718) 254-6430/6356

Enclosures

CC:  Clerk of Court (KAM) (by ECF) (w/o enclosures)